UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE ROBINSON**

------------------------------------------------------------------x

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING
INDUSTRY INSURANCE AND ANNUITY FUNDS,

**07 CIV 10316**

                Plaintiffs,        Index No.:

                                          **RULE 7.1**

    -against-

KEVIN PAGLINO AND ENCORE PAINTING, L.L.C.
A/K/A ENCORE DECORATORS, INC.,

                Defendant.

------------------------------------------------------------------x

      Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party.

      None

Dated: November 14, 2007

                                                        Dana L. Henke, Esq. (DLH3025)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____