## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV10316            Purchased/Filed: November 14, 2007
STATE OF NEW YORK     UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF

Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds    Plaintiff

against

Kevin Paglino, et ano    Defendant

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

_____ Jessica Miller _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __December 7, 2007__, at __2:00pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Rule 7.1 Statement and Complaint on

_____ Encore Painting, L.L.C. _____, the Defendant in this action, by delivering to and leaving with _____ Amy Lesch _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __303 Limited Liability Company Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __23__    Approx. Wt: __160__    Approx. Ht: __5'9"__
Color of skin: __White__    Hair color: __Blonde__    Sex: __F__    Other: _____

Sworn to before me on this

12th day of __December, 2007__

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice-Work Order # SP0709822

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179