UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS, | ) ) ) Index No. 07-CIV-10316 (SCR) |
| Plaintiffs, | ) ) REQUEST FOR ENTRY OF ) DEFAULT JUDGMENT |
| -against- | ) ) |
| KEVIN PAGLINO AND ENCORE PAINTING, L.L.C. A/K/A ENCORE DECORATORS, INC., | ) ) ) |
| Defendant. | ) ) |

------------------------------------------------------------

TO: Clerk of the United States District Court for the
Southern District of New York

Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant, Kevin Paglino and Encore Painting, L.L.C. a/k/a Encore Decorators, Inc. having failed to appear or answer the Summons and Complaint, you are requested to enter a Default Judgment in favor of Plaintiffs, Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds against the Defendant, Kevin Paglino and Encore Painting, L.L.C. a/k/a Encore Decorators, Inc. in the sum of $17,584.44, which includes principal, interest, attorneys' fees, court costs and disbursements.

Dated: Elmsford, New York
January 3, 2008

Dana L. Henke (DLH3025)
Barnes, Iaccarino, Virginia,
Ambinder & Shepherd, PLLC
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515