UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING )
INDUSTRY INSURANCE AND ANNUITY FUNDS,       )  Index No. 07-CIV-10316 (SCR)
                                            )
                    Plaintiffs,             )  DEFAULT JUDGMENT
                                            )
      -against-                             )
                                            )
KEVIN PAGLINO AND ENCORE PAINTING, L.L.C.   )
A/K/A ENCORE DECORATORS, INC.,              )
                    Defendant.              )
                                            )

---

This action having been commenced on November 14, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, Kevin Paglino and Encore Painting, L.L.C. a/k/a Encore Decorators, Inc. on November 24, 2007, December 7, 2007, and December 12, 2007 via Personal Service and Secretary of State and said Proof of Service having been filed with the Clerk of the Court on 12/04/07 & 12/31/07 and the defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the plaintiff have judgment against defendants in the liquidated amount of Seventeen Thousand Five Hundred and Eighty Four Dollars and Forty Four Cents ($17,584.44), which includes the following: the principal amount owed in late charges in the sum of $15,654.44 for the period December 31, 2006 through to and including June 30, 2007, attorneys' fees in the sum of $1,500.00; plus court costs and disbursements of this action in the sum of $430.00.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiff's be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
January 14, 2008

So Ordered:

_____
Honorable Stephen C. Robinson, U.S.D.J.